### VARNER *et al.* *v.* STATE.

LEWIS, J. The evidence created only a bare suspicion against the accused, and pointed no more strongly to their guilt than to that of several other persons who had equal knowledge of the whereabouts of the stolen money and equal opportunity to steal it. The court therefore erred in not granting a new trial on the grounds that the verdict was contrary to law and the evidence.

　*Judgment reversed. All the Justices concurring.*

Argued October 21, — Decided November 6, 1901.

Accusation of larceny. Before Judge Hammond. City court of Griffin. June term, 1901.

*J. A. Darsey* and *T. E. Patterson*, for plaintiff in error.
*O. H. P. Slaton* and *F. D. Dismuke*, contra.

---

### LEWIS *v.* THE STATE.

LEWIS, J. 1. There is nothing in the record to indicate that the court below misstated the contention of the solicitor-general on the trial of the case.
2. The evidence was sufficient to warrant the verdict finding the accused guilty of voluntary manslaughter, and the court did not err in overruling the motion for a new trial.　　　*Judgment affirmed. All the Justices concurring.*

Argued October 22, — Decided November 6, 1901.

Indictment for murder. Before Judge Evans. Screven superior court. May term, 1901.

*Oliver & Overstreet*, for plaintiff in error.
*B. T. Rawlings, solicitor-general*, contra.